

BINGHAMTON
BAINBRIDGE
CORTLAND
HANCOCK
ITHACA
MONTROSE
OWEGO
WALTON

www.cglawoffices.com

99 Corporate Drive
Binghamton, NY 13904

Mailing Address:
PO Box 2039
Binghamton, NY 13902-2039
(607) 723-9511
(877) COUGHLIN
Fax: (607) 723-1530
e-mail: acatalano@cglawoffices.com

July 24, 2023

**<u>Via: ECF</u>**
Magistrate Judge Miroslav Lovric
Northern District of New York
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

      Re:    **Shara v. Binghamton Precast & Supply Corp. et al., 3:23-cv-135**

Dear Judge Lovric:

Please accept this letter and as a status report on behalf of the Defendants, Binghamton Precast & Supply Corp., et al, in the above referenced matter.

Discovery in this matter is progressing. The Defendants have received many records from the Plaintiff and we are in the process of reviewing these records in order to ascertain if additional document demands are necessary. The Defendants are still gathering records to respond to Plaintiff's initial demands and interrogatories.

Mediation has been scheduled for August 18, 2023.

The Defendants have no known outstanding issues or concerns at present.

          Very truly yours,
          COUGHLIN & GERHART, LLP

      By    Angelo D. Catalano
           Partner

cc: Adam Sackowitz, Esq.