# KATZMELINGER
370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

| | |
|---|---|
| Adam Sackowitz | t: 212.460.0047 |
| Katz Melinger PLLC | f: 212.428.6811 |
| | ajsackowitz@katzmelinger.com |

July 24, 2023

**<u>Via ECF</u>**
Honorable Miroslav Lovric
United States District Court
Northern District of New York
15 Henry Street
Binghamton, NY 13901

      Re:   *Shara v. Binghamton Precast & Supply Corp. et al.*
            <u>Civil Action No. 3:23-cv-135</u>

Your Honor:

      We represent the plaintiff, Holly Shara, in the above-captioned matter, and write pursuant to the Court's Order dated May 10, 2023 (Dkt. No. 10) to provide the Court with a status report prior to the telephone conference scheduled for August 3, 2023, at 11:00 a.m.

      We reviewed Defendants' status letter filed earlier today (Dkt. No. 18) and agree with Defendants' representation of the status of this matter.

      We thank the Court for its attention to this matter.

                                                          Respectfully submitted,

                                                            */s/ Adam Sackowitz*
                                                            Adam Sackowitz