

BAINBRIDGE
BINGHAMTON
CORTLAND
HANCOCK
ITHACA
MONTROSE
OWEGO
WALTON

**www.cglawoffices.com**

99 Corporate Drive
Binghamton, New York 13904

PO Box 2039
Binghamton, NY 13902-2039
(607) 723-9511
(877) COUGHLIN
Fax: (607) 723-1530
e-mail: acatalano@cglawoffices.com

October 31, 2024

<u>**Via: ECF**</u>
Magistrate Judge Miroslav Lovric
Northern District of New York
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

    Re:    Shara v. Binghamton Precast & Supply Corp. et al., 3:23-cv-135

Dear Judge Lovric:

The deadline for discovery to be complete in this matter is November 1, 2024. I submit this letter as a joint request, with both parties consenting to an extension of the discovery deadline, until February 1, 2025.

We thank the Court for its attention to this matter.

                      Respectfully Submitted,
                      COUGHLIN & GERHART, LLP

                      By    Angelo D. Catalano
                           Partner

ADC/rvb
cc:    Adam Sackowitz, Esq.