

BINGHAMTON
BAINBRIDGE
CORTLAND
HANCOCK
ITHACA
MONTROSE
OWEGO
WALTON

**www.cglawoffices.com**

99 Corporate Drive
Binghamton, NY 13904

Mailing Address:
PO Box 2039
Binghamton, NY 13902-2039
(607) 723-9511
(877) COUGHLIN
Fax: (607) 723-1530
e-mail: acatalano@cglawoffices.com

January 16, 2025

**Via: ECF**
Magistrate Judge Miroslav Lovric
Northern District of New York
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

      **Re:**     **Shara v. Binghamton Precast & Supply Corp. et al., 3:23-cv-135**
               **Status Report**

Dear Judge Lovric:

The parties submit this joint status report pursuant to your most recent text order. The parties mutually request a brief, off the record, phone call or video conference to discuss the discovery timeline and the extenuating circumstances we believe exist to justify an additional extension of the discovery timeline. The parties continue to work collaboratively in completing discovery but have been unable to complete discovery to date.

                                Very truly yours,
                                COUGHLIN & GERHART, LLP

                                By     Angelo D. Catalano

     cc: Adam Sackowitz, Esq., Via ECF