

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**ANGELO D. CATALANO, ESQ.**
acatalano@bsk.com
P: 315.218.8083

March 14, 2025

**VIA ELECTRONIC FILING**

Magistrate Judge Miroslav Lovric
Northern District of New York
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

    Re:    *Status Report*
               *Shara v. Binghamton Precast & Supply Corp.*
               *3:23-cv-00135-LEK-ML*

Dear Judge Lovric:

Please accept this letter as a joint status report following our conference, and text order, of January 21, 2025. As you are aware, I represent the Defendants in this matter and have recently changed law firms. This matter is still in the process of transition and the records associated with this matter are currently inaccessible during the file transition process.

Because of the current status of the transition, it is difficult to assess if the parties will need additional discovery time. The parties remain optimistic we will not need an adjournment, and the parties continue to address discovery issues amicably, but it is too soon to determine if we will need additional time to complete discovery.

As such, the parties request the discovery schedule remain as is for the moment, but may need an additional extension to complete discovery, depending upon how long it takes to have the file completely updated and accessible.

Sincerely,

BOND, SCHOENECK & KING, PLLC

Angelo D. Catalano

ADC/cr
cc: Adam Sackowitz

Katz Melinger PLLC
370 Lexington Avenue - Suite 1512
New York, NY 10017
212-460-0047
Fax: 212-428-6811
Email: ajsackowitz@katzmelinger.com