

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

ANGELO D. CATALANO, ESQ.
acatalano@bsk.com
P: 315.218.8083

May 15, 2025

**VIA ECF**

Honorable Miroslav Lovric
United States District Court
Northern District of New York
15 Henry Street
Binghamton, New York 13901

      Re:   *Shara v. Binghamton Precast & Supply Corp. et al.*
              Civil Action No. 3:23-cv-135

Dear Judge Lovric:

    Please accept this letter as the parties' joint status report pursuant to your most recent order. There are still outstanding document discovery issues that the parties anticipate being resolved by the end of May 2025. As explained in our prior status report, the Plaintiff has been reviewing physical records in order to limit what records are duplicated, thus reducing time and expense. The Defendants anticipate completing disclosure of e-discovery materials also before the end of the month.

    We anticipate that we are on time for document discovery completion by June 5, 2025 and can then complete depositions within the applicable window.

    Thank you for your continued assistance and patience as the parties have worked out these issues.

                                  Very truly yours,

                                  BOND, SCHOENECK & KING, PLLC

                                  Angelo D. Catalano

cc:  All counsel of record (via ECF)

21689754.v1-5/15/25

Attorneys At Law | A Professional Limited Liability Company